UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY LLC<br>1 New Street<br>Fall River, MA 02720,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES COAST GUARD<br>United States Coast Guard Headquarters<br>2100 2nd Street, SW<br>Washington, DC 20593,<br><br>　　　　Defendant. | No. _____ |

## COMPLAINT

Plaintiff Weaver's Cove Energy LLC ("Weaver's Cove") complains as follows.

1. This is an action for declaratory and injunctive relief under the Freedom of Information Act, 5 U.S.C. § 552, *et seq.* ("FOIA"), to order the production of certain documents within the possession or control of the defendants.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201.

3. Venue is proper in this Court under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4.     Plaintiff Weaver's Cove is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Fall River, Massachusetts. Weaver's Cove has proposed to develop a Liquefied Natural Gas ("LNG") marine receiving and storage terminal on the bank of the Taunton River in Fall River, Massachusetts. In 2004, counsel for Weaver's Cove submitted to the defendant a Letter of Intent ("LOI") application dated May 12, 2004 (the "Original LOI Application") regarding the transit of LNG by ship to the proposed Weaver's Cove LNG receiving terminal. In 2006, Weaver's Cove submitted to the defendant United States Coast Guard an amended LOI application dated February 2, 2006 (the "Amended LOI Application") regarding the same subject. This lawsuit concerns Weaver's Cove's subsequent FOIA requests for documents relevant to its proposed LNG project.

5.     Defendant United States Coast Guard ("Coast Guard") is an agency of the United States Government as that term is defined under FOIA, *see* 5 U.S.C. § 552(f)(1), and it has possession and control of the documents and records that Weaver's Cove seeks.

## FACTS

6.     On May 16, 2007, Weaver's Cove, acting by and through its counsel Bruce F. Kiely, filed a request for information (the "May 16 Request") under FOIA, requesting that the Coast Guard provide, *inter alia*, copies of documents associated with the Original LOI Application and the Amended LOI Application. A true and correct copy of that request is attached to this Complaint and incorporated as Attachment A.

7.     On June 26, 2007, Weaver's Cove, by and through Mr. Kiely, filed an additional request for information (the "June 26 Request") under FOIA, requesting, *inter alia*, "copies of

documents . . . associated with the security workshops held by the . . . Coast Guard regarding Weaver's Cove Energy, LLC . . . on December 16, 2004, January 11, 2005, February 1, 2005, February 15, 2005, March 1, 2005 and March 16, 2005" (footnote omitted). The June 26 Request also requested copies of "documents associated with similar types of meetings and/or workshops conducted by the United States Coast Guard with respect to KeySpan LNG, L.P.'s proposed LNG facility in Providence, Rhode Island." A true and correct copy of the June 26, 2007 Request for Information is attached to this Complaint and incorporated as Attachment B.

8.  As part of each request, Weaver's Cove specifically noted its willingness to "pay all search, review and duplication costs associated with providing the Requested Information."

9.  In addition, the June 26 Request noted that "certain of the information requested may qualify for SSI treatment" — *i.e.* Sensitive Security Information, the disclosure of which the Transportation Safety Administration has determined would constitute an unwarranted invasion of privacy, reveal trade secrets, or be detrimental to the security of transportation. *See* 49 U.S.C. § 114(s); 49 C.F.R. § 1520.5. Accordingly, in the June 26 Request, counsel for Weaver's Cove stated that "Weaver's Cove hereby undertakes to disseminate the information only to people who have SSI status."

10. The only written communications Weaver's Cove has received regarding the May 16 Request are copies of two Coast Guard memoranda forwarding Weaver's Cove's request to various officers within the Coast Guard. First, counsel for Weaver's Cove received a copy of a memorandum dated July 17, 2007, from FOIA Coordinator, R.D. Ouellette forwarding the May 16 Request to the "FOIA Officer - Sector Boston." A true and correct copy of that memorandum is attached to this Complaint and incorporated as Attachment D. Second, counsel for Weaver's

Cove received a copy of a memorandum dated July 26, 2007 from FOIA Officer - Sector Boston, F.G. Myer forwarding the May 16 Request to the FOIA Officer - Sector Southeast New England for processing and response. A true and correct copy of that memorandum is attached to this Complaint and incorporated as Attachment E.

11.    The only written communication Weaver's Cove has received regarding its June 26 Request is a letter addressed to Mr. Kiely, dated July 17, 2007. That letter acknowledged the June 26 Request and stated that the "Coast Guard Sector South East New England, Rhode Island" had "been contacted and will endeavor to provide [Weaver's Cove] with the requested information." A true and correct copy of that letter is attached to this Complaint and incorporated as Attachment C.

12.    Weaver's Cove has received no further written communication from the Coast Guard regarding the May 16 and June 26 Requests. Nor has Weaver's Cove received any of the information or records it requested.

13.    The Coast Guard has failed to notify Weaver's Cove of its determination whether to comply with the May 16 and June 26 Requests, and the reasons therefor, within twenty days of receipt of the requests as required by 5 U.S.C. § 552(a)(6)(A)(i). Under Section 552(a)(6)(C)(i), Weaver's Cove is deemed to have exhausted its administrative remedies.

14.    The information and records sought by Weaver's Cover are within the possession and control of the Coast Guard. Weaver's Cove has a statutory right to the material that it seeks, and there is no legal basis for the Coast Guard's failure to produce that material.

## PRAYER FOR RELIEF

WHEREFORE Weaver's Cove asks that this Court:

(A)   Declare that the Coast Guard's withholding of the material sought by Weaver's Cove's May 16 Request and June 26 Request is unlawful under FOIA;

(B)   Order that the Coast Guard make available to Weaver's Cove the material requested in Weaver's Cove's May 16 and June 26 Requests;

(C)   Award Weaver's Cove its costs, reasonable attorneys' fees, and other disbursements; and

(D)   Grant such other and further relief as the Court may deem just and proper.


Respectfully submitted,

_____
Bruce F. Kiely (DC Bar No. 223024)
Joshua A. Klein (DC Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Fax: (202) 585-7890
E-mail: bruce.kiely@bakerbotts.com

*Counsel for Weaver's Cove Energy, LLC*

Dated: January 22, 2008

# Attachment A

**BAKER BOTTS** LLP

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL +1 202.639.7700
FAX +1 202.639.7890
www.bakerbotts.com

AUSTIN
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
**WASHINGTON**

May 16, 2007

Donald G. Taylor, FOIA Officer
HQ USCG Commandant (CG-611)
2100 2nd Street, SW
Washington, DC 20593-0001

*Via Facsimile*

Re: **Request for Information Under the Freedom of Information Act**

Dear Mr. Taylor:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"), Baker Botts L.L.P. hereby requests copies of documents ("Requested Information") (a) associated with Weaver's Cove Energy, LLC's ("Weaver's Cove") original Letter of Intent ("LOI") application dated May 12, 2004, submitted to the U.S. Coast Guard, and (b) amended LOI application dated February 2, 2006, regarding the transit of LNG by ship to the proposed Weaver's Cove LNG receiving terminal in Fall River, MA ("Subject Matter"). In particular, the Requested Information includes any materials sent to or from the Captain of the Port of Providence, the U.S. Coast Guard Office of Legislative Affairs, or any other relevant individuals or offices. In addition, the Requested Information covers the Subject Matter for the period from February 3, 2006, to the date of this request.

Requested Information includes but is not limited to the following:

1. Letters, correspondence, electronic communications, telephone notes, reports, studies, and any other communications between and among officers, officials, and employees of the Coast Guard, and any member of the United States Congress or the staff of such member and any third party.

2. Letters, correspondence, electronic communications, telephone notes, reports, studies, and any other communications prepared by the Coast Guard and sent to, or received from, any other Federal or state or local elected officials.

3. Letters, correspondence, electronic communications, telephone notes, reports, studies, and any other communications prepared by the Coast Guard and sent to, or received from, any Federal or state regulatory agencies or other governmental bodies.

4. Transcripts, minutes, summaries, and notes of meetings held with, and communications exchanged (including data requests and data responses) between and among any of the various parties identified in 1, 2 and 3 above.

5. Any other letters, correspondence, communications of any nature and documents that relate to the Subject Matter.

DC01:473806.2

**BAKER BOTTS** LLP

-2-                                                                                         May 16, 2007

    6. Any internal e-mails, memoranda, notes, drafts of correspondence and documents and correspondence of any nature related to the May 9, 2007, letter from Captain Nash to Gordon Shearer and the Subject Matter among and between officers, officials and employees of the Coast Guard assigned to or operating out of the First Coast Guard District and officers, officials and employees assigned to or operating out of the Coast Guard's Headquarters in Washington, D.C.

    Baker Botts L.L.P. is counsel for Weaver's Cove, which is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Fall River, Massachusetts. Weaver's Cove has need for the Requested Information to aid in the permitting and approval process as to its proposed construction, ownership and operation of the Weaver's Cove LNG receiving terminal.

    Weaver's Cove requests that the Coast Guard provide the Requested Information as that information becomes available, even if all of the Requested Information is not available at the same time.

    This request falls within the "commercial" category outlined in 49 C.F.R. § 7.42(b), and Weaver's Cove is willing to pay all search, review and duplication costs associated with providing the Requested Information.

    Our name, address and telephone number are as follows:

      Baker Botts L.L.P.
      1299 Pennsylvania Ave., NW
      Washington, D.C. 20004-2400
      Telephone: (202) 639-7711
      Fax: (202) 585-1035
      Attn: Bruce F. Kiely

    Please address the requested material to me at the address set forth above. If you have any questions concerning this request, please contact me by telephone at the number set forth above.

              Respectfully submitted,
              Baker Botts L.L.P.

              By _/s/ B.F. Kiely_
                Bruce F. Kiely

cc: Ted Gehrig, Weaver's Cove Energy

DC01:473806.2

# Attachment B

# BAKER BOTTS LLP

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL +1 202.639.7700
FAX +1 202.639.7890
www.bakerbotts.com

AUSTIN
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

June 26, 2007

United States Coast Guard
ATTN: FOIA Officer (CG-611)
2100 2nd Street, SW
Washington, DC 20593-0001

Re:   Request for Information Under the Freedom of Information Act

Dear FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"), Baker Botts L.L.P. hereby requests copies of documents ("Requested Information") associated with the security workshops[1] held by the United States Coast Guard regarding Weaver's Cove Energy, LLC ("Weaver's Cove") on December 16, 2004, January 11, 2005, February 1, 2005, February 15, 2005, March 1, 2005 and March 16, 2005 ("Weaver's Cove Workshops"). Baker Botts also requests copies of documents associated with similar types of meetings and/or workshops conducted by the United States Coast Guard with respect to KeySpan LNG, L.P.'s proposed LNG facility in Providence, Rhode Island ("KeySpan Workshops").

Requested Information includes but is not limited to the following information that relates to the Weaver's Cove and KeySpan Workshops (individually and collectively, the "Workshops"):

1. Letters, correspondence, and communications related to the Workshops, including invitation lists, that were prepared by, sent to, or received from, the United States Coast Guard or any other entity;

2. Transcripts, minutes, attendance lists, agendas, handouts, reports and notes from the Workshops or from meetings held related to the Workshops;

3. Letters, correspondence, and communications prepared by, sent to, or received from, any Federal, state, or local elected officials, regulatory agencies and other governmental bodies;

4. Any other memoranda, notes, letters, correspondence, communications, reports and documents that discuss the Workshops, or that were used in the preparation of or following the Workshops; and

5. Any reports/assessments or other information that the United States Coast Guard provided to FERC regarding the Weaver's Cove FEIS and the KeySpan FEIS.

---

[1] These workshops were alternately titled "Coast Guard Security Meeting", Security Planning Workshop", and "Security Workshop".

DC01:477134.1

**BAKER BOTTS** LLP

- 2 -                                                              June 26, 2007

        Baker Botts L.L.P. is counsel for Weaver's Cove, which is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Fall River, Massachusetts. Weaver's Cove has need for the Requested Information to aid in the permitting and approval process as to its proposed construction, ownership and operation of the Weaver's Cove's LNG receiving terminal.

        Weaver's Cove requests that the Coast Guard provide the Requested Information as that information becomes available, even if all of the Requested Information is not available at the same time.

        This request falls within the "commercial" category outlined in 49 C.F.R. § 7.42(b), and Weaver's Cove is willing to pay all search, review and duplication costs associated with providing the Requested Information.

        Our name, address and telephone number are as follows:

        Baker Botts L.L.P.
        1299 Pennsylvania Ave., NW
        Washington, D.C. 20004-2400
        Telephone: (202) 639-7711
        Fax: (202) 585-1035
        Attn: Bruce F. Kiely

        Finally, Weaver's Cove understands certain of the information requested may qualify for SSI treatment. Accordingly, Weaver's Cove hereby undertakes to disseminate the information only to people who have SSI status. For the avoidance of doubt, I have that status.

        Please address the requested material to me at the address set forth above. If you have any questions concerning this request, please contact me by telephone at the number set forth above.

        Respectfully submitted,
        Baker Botts L.L.P.

        By *[signature]*
        Bruce F. Kiely

cc:    Ted Gehrig, Weaver's Cove Energy

DC01:477134.1

# Attachment C

U.S. Department of
Homeland Security

United States
Coast Guard

Commandant
United States Coast Guard

2100 Second Street, S.W.
Washington, DC 20593-0001
Staff Symbol: CG-3PSO-2
Phone: (202) 372-1411
Fax: (202) 372-1926
Email:
Rogers.W.Henderson@uscg.mil

5720
FOIA 2007-1606
July 17, 2007

Mr. Bruce F. Kiely
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

Dear Mr. Kiely:

This letter is in response to your Freedom of Information Act (FOIA) request of June 26, 2007 for copies of documents associated with the security workshops held by the United States Coast Guard regarding Weaver's Cove Energy, LLC on December 16, 2004, January 11, 2005, February 01, 2005, March 01, 2005 and March 16, 2005. You also requested copies of documents associated with similar type meetings and/or workshops conducted by the United States Coast Guard with respect to KeySpan LNG L.P. proposed LNG facility in Providence, Rhode Island.

Please be advised that Coast Guard Sector South East New England, Rhode Island has been contacted and will endeavor to provide you with the requested information. They will respond to you directly concerning those records:

Commanding Officer
United States Coast Guard
Sector S.E. New England
20 Risho Avenue
East Providence, RI 02914-1208

If you have any questions concerning your request, please contact Mr. Ed LeBlanc at (401) 435-2351.

Sincerely,

M.A. PRESCOTT
U.S. Coast Guard
Acting Chief, Office of Operating and Environmental Standards
By direction of the Commandant

Copy: CG-38 FOIA Coordinator

# Attachment D

**U.S. Department of Homeland Security**
**United States Coast Guard**

Command
United States Coast Guard

2100 Second Street, S.W.
Washington, DC 20593-0001
Staff Symbol: CG-611
Phone: (202) 475-3522
Fax: (202) 475-3929
Email: rouellette@comdt.uscg.mil

5720
17 Jul 07

# MEMORANDUM

From: R. D. Ouellette
FOIA Coordinator
CG-611

Reply to Attn of: CG-611
R. D. Ouellette
202-475-3522

To: Sector Boston - FOIA Officer

Subj: FREEDOM OF INFORMATION ACT REQUEST

Ref: (a) Freedom of Information & Privacy Acts Manual, COMDTINST M5260.3

1. The enclosed FOIA request from Mr. Bruce F. Kiely is forwarded to your for processing and appropriate response.

#

Enclosure: (1) Mr. Kiely's FOIA request of 16 May 07

# Attachment E



| | | |
|---|---|---|
| **U.S. Department of Homeland Security** | Commander<br>United States Coast Guard<br>Sector Boston | 427 Commercial Street<br>Boston, MA 02109-1045<br>Phone: (617) 557-9081<br>Fax: (617) 223-3032<br>Email: Stephanie.Balow@uscg.mil |
| **United States Coast Guard** | | |

5260
26 July 2007

# MEMORANDUM

From:  F. G. Myer, CDR  
       Sector Boston

Reply to  G. A. Callaghan, LT  
Attn of:  617-557-9081

To:    FOIA Officer  
       Sector Southeast New England

Subj:  FREEDOM OF INFORMATION ACT REQUEST

Ref:   (a) Freedom of Information & Privacy Acts Manual, COMDTINST M5260.3

1. The enclosed FOIA request from Mr. Bruce F. Kiely is forwarded to you for processing and appropriate response.

#

Enclosure:  (1) Mr. Kiely's FOIA request of 16 May 07

Copy:  COMDT (CG-611)  
       Mr. Bruce F. Kiely

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

WEAVER'S COVE ENERGY LLC

## DEFENDANTS

UNITED STATES COAST GUARD

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Bruce F. Kiely
Joshua A. Klein
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7700

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*         OR         ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⦿ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. § 552. Action for declaratory and injunctive relief to order the production of certain records.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 1/22/2008   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.