CO-386-online
10/03

# United States District Court
# For the District of Columbia

WEAVER'S COVE ENERGY LLC )
)
)
vs                Plaintiff )        Civil Action No._____
)
UNITED STATES COAST GUARD )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___WEAVER'S COVE ENERGY LLC____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___WEAVER'S COVE ENERGY LLC___ which have

any outstanding securities in the hands of the public:

Hess Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 223024          Bruce F. Kiely
BAR IDENTIFICATION NO.      Print Name

Baker Botts L.L.P., 1299 Pennsylvania Avenue, NW
Address

Washington      DC        20004-2400
City            State     Zip Code

(202) 693-7700
Phone Number