```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

WEAVER'S COVE ENERGY LLC         )
1 NEW STREET                     )
FALL RIVER, MA  02720,           )
                                 )
     Plaintiff,                  )
                                 )
          v.                     )   Civil Action No. 08-0125 (RWR)
                                 )
UNITED STATES COAST GUARD        )
2100 SECOND STREET, SW           )
WASHINGTON, DC  20593,           )
                                 )
     Defendant.                  )
_____)

### PRAECIPE

The Clerk of the Court will please enter the appearance of Sean R. O'Neill as principal counsel for defendant in the above-captioned civil action.

Dated:  February 14, 2008
_____/s/_____
Sean R. O'Neill
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 305-2137