UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COAST GUARD, )<br>)<br>Defendant. )<br>) | No. 08-cv-125(RWR) |

**NOTICE OF APPEARANCE OF JOSHUA A. KLEIN**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Joshua A. Klein as counsel in this case for Plaintiff Weaver's Cove Energy LLC.

Filed this 14th day of February, 2008

/s/ Joshua A. Klein
Joshua A. Klein (Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890

CERTIFICATE OF SERVICE

      I certify that on February 14, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served on counsel for all parties by the Court's Electronic Case Filing (ECF) system.

/s/ Joshua A. Klein
Joshua A. Klein

February 14, 2008