UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY LLC <br> 1 New Street <br> Fall River, MA 02720, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES COAST GUARD <br> United States Coast Guard Headquarters <br> 2100 2nd Street, SW <br> Washington, DC 20593, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  No. 1:08-cv-00125-RWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATION OF SERVICE OF PROCESS**

Pursuant to Local Civil Rule 5.3, the undersigned hereby certifies that on or about January 23, 2008, the Defendant in the above-captioned proceeding, United States Coast Guard, was properly served by in-person delivery of the complaint and summons delivered to Donna Leoce. A true and correct copy of the affidavit executed by the individual making such service is attached hereto.

Respectfully submitted,

/s/ Joshua A. Klein
Bruce F. Kiely (DC Bar No. 223024)
Joshua A. Klein (DC Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Fax: (202) 585-7890
E-mail: bruce.kiely@bakerbotts.com

*Counsel for Weaver's Cove Energy, LLC*

Dated: February 14, 2008

## CERTIFICATE OF SERVICE

I, Joshua Klein, certify that today the foregoing Certification of Service of Process was served by the Court's ECF system upon all counsel subscribing thereto.

                        Respectfully submitted,

                        /s/ Joshua A. Klein
                        February 14, 2008

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Weaver's Cove Energy LLC** | Attorney: |
| Plaintiff | Baker Botts L.L.P. |
| vs. | The Warner, 1299 Pennsylvania Ave., NW |
| | Washington, DC. 20004 |
| **United States Coast Guard** | |
| Defendant | |

**Case Number:** 1:08-cv-00125

Legal documents received by Same Day Process Service on January 23rd, 2008 at 10:30 AM to be served upon **United States Coast Guard, RADM William D. Baumgartner, JAG & Chief Counsel (CG-094) at United States Coast Guard Headquarters, 2100 2nd St., SW, Washington, DC. 20593**

I, Brandon A. Snesko, swear and affirm that on **January 23rd, 2008 at 12:05 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Electronic Case Files, Attorney/Participant Registration Form; Complaint; Attachments**, to **Donna Leoce as Lieutenant & Authorized Agent** of the within named agency, to wit: **United States Coast Guard** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4   Weight: 140   Skin Color: white   Hair Color: brown   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007045

District of Columbia: SS
Subscribed and Sworn to before me,
this 23RD day of JANUARY, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.