```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

WEAVER'S COVE ENERGY LLC,       )
                                )
     Plaintiff,                 )
                                )
        v.                      )    Civil Action No. 08-0125 (RWR)
                                )
UNITED STATES COAST GUARD,      )
                                )
     Defendant.                 )
_____)
```

ANSWER

Defendant, by its undersigned attorneys, hereby answers as follows:

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

Plaintiff has failed to exhaust its administrative remedies with respect to at least one of its claims.

THIRD DEFENSE

The United States Coast Guard is not a proper party defendant.

FOURTH DEFENSE

Plaintiff has failed to name a proper party defendant.

FIFTH DEFENSE

In response to the numbered paragraphs, and the unnumbered section of the Complaint entitled "Prayer for Relief," defendant admits, denies, or otherwise avers as follows:

-2-

1.   This paragraph consists of plaintiff's characterization of the action, which does not require an answer, but insofar as an answer may be deemed required, deny.

2.   This paragraph consists of plaintiff's allegation regarding jurisdiction, which does not require an answer, but insofar as an answer may be required, deny.

3.   This paragraph consists of plaintiff's allegation regarding venue, which does not require an answer, but insofar as an answer may be required, deny.

4.   First and second sentences:  Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the allegations.  Third and fourth sentences:  These sentences consist of plaintiff's characterization of its dealings with defendant on a matter not directly pertinent to the present action, which does not require an answer, but insofar as an answer may be deemed required, deny.  Fifth sentence:  This sentence consists of plaintiff's further characterization of the action, which does not require an answer, but insofar as an answer may be deemed required, deny.

5.   First clause:  Deny, except to aver that the United States Coast Guard is a component of the Department of Homeland Security.  Second clause:  Deny, except to aver that the United States Coast Guard maintains certain records to which plaintiff seeks access.

-3-

6.  Deny, except to aver receipt of a letter from plaintiff dated May 16, 2007, a signed copy of which plaintiff attached to the Complaint as Attachment A, to which the Court is respectfully referred for a complete and accurate statement of its contents.

7.  Deny, except to aver receipt of a letter from plaintiff dated June 26, 2007, a signed copy of which plaintiff attached to the Complaint as Attachment B, to which the Court is respectfully referred for a complete and accurate statement of its contents.

8.  Defendant reasserts its answers in paragraphs 6 and 7.

9.  Defendant reasserts its answer in paragraph 7.

10.  Deny, except to aver transmittal of letters to plaintiff dated July 17, 2007 and July 26, 2007, copies of which are attached to the Complaint as Attachments D and E, respectively, to which the Court is respectfully referred for complete and accurate statements of their contents.  Defendant additionally avers transmittal of a letter to plaintiff dated December 7, 2007, to which the Court is respectfully referred for a complete and accurate statement of its contents.

11.  First sentence:  Deny, and aver transmittal of letters to plaintiff dated December 7, 2007 and January 18, 2008, to which the Court is respectfully referred for complete and accurate statements of their contents.  Second and third sentences:  Deny, except to aver transmittal of a letter to plaintiff dated July 17, 2007, a copy of which is attached to the

-4-

Complaint as Attachment C, to which the Court is respectfully referred for a complete and accurate statement of its contents.

12. First sentence: Defendant reasserts its answer in paragraph 11, first sentence. Second sentence: Deny, and aver transmittal of 141 pages of records to plaintiff by letter dated January 18, 2008, to which the Court is respectfully referred for a complete and accurate statement of its contents.

13. First sentence: Deny, as conclusions of law, except to aver that defendant has not made a final determination on plaintiff's letter dated May 16, 2007, and to aver that more than twenty working days passed before defendant responded to plaintiff's letter dated June 26, 2007. Second sentence: Deny, as a conclusion of law.

14. First sentence: Defendant reasserts its answer in paragraph 5, second sentence. Second sentence: Deny, as conclusions of law.

Plaintiff's first unnumbered section entitled "Prayer for Relief," contains plaintiff's prayer for relief, which does not require an answer, but insofar as an answer may be deemed required, deny.

Each and every allegation not heretofore expressly admitted or denied is denied.

Defendant denies that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

-5-

WHEREFORE, defendant, having fully answered, respectfully prays that this action be dismissed with prejudice and that defendant be granted its costs.

                                Respectfully submitted,

                                _____
                                JEFFREY A. TAYLOR
                                (DC Bar #498610)
                                United States Attorney

                                _____
                                RUDOLPH CONTRERAS
                                (DC Bar #434122)
                                Assistant United States Attorney

                                _____/s/_____
Dated:  February 22, 2008      Sean R. O'Neill
                                Attorney-Advisor
                                Office of Information and Privacy
                                United States Department of Justice
                                1425 New York Ave., NW, Suite 11050
                                Washington, DC  20530-0001
                                (202) 305-2137

                                Counsel for Defendant