## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ———————————————————— | ) | |
| WEAVERS COVE ENERGY LLC | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | Civil Action No. 08-cv-125(RWR) |
| v. | ) | |
|  | ) | |
| UNITED STATES COAST GUARD, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |
| ———————————————————— | ) | |

### JOINT MEET AND CONFER REPORT

Between March 18, 2008 and March 25, 2008, pursuant to the provisions of Rule 26(f) and 16(b) of the Federal Rules of Civil Procedure, LCvR 16.3, and this Court's February 26, 2008 Order for Initial Scheduling Conference, the parties, by counsel, conferred in the above case. The parties have agreed on most issues required by the rules, and hereby make the following joint report to the Court.

### A.      Joint Statement of the Case and Causes of Action

This case is an action for declaratory and injunctive relief under the Freedom of Information Act, 5 U.S.C. § 552 et seq. ("FOIA"). Plaintiff, Weaver's Cove Energy LLC ("Weaver's Cove") requested records pursuant to the FOIA by letters dated May 16, 2007 and June 26, 2007. Weaver's Cove filed the Complaint on January 22, 2008, seeking a court order compelling Defendant, the United States Coast Guard ("USCG"), to release materials responsive to its FOIA requests. On January 24, 2008, Weaver's Cove received a response from the USCG, dated January 18, 2008, to its June 26, 2007 FOIA request. The USCG released 141 pages of records in whole or in part, and withheld 31 pages of records in their entireties. By letter dated

February 19, 2008, Weaver's Cove filed an administrative appeal of the USCG's response.  In its appeal, Weaver's Cove requested that the USCG hold in abeyance any administrative action on the appeal during the course of this action.  On March 12, 2008, Weaver's Cove received a response from the USCG, dated March 10, 2008, to its May 16, 2007 FOIA request.  The USCG released 1654 pages of records in whole or in part, and withheld 1266 pages of records in their entireties.  The issues before the Court now are whether the USCG has adequately segregated and released material not covered by any FOIA exemption and whether the exemptions claimed by the USCG are legally valid under FOIA.

**B.**  **Issues Set Forth in LCvR 16.3**

1.     The parties agree that this case should be decided by dispositive motion, namely through summary judgment under Rule 56 of the Federal Rules of Civil Procedure.

2.     The parties agree that, since the USCG has now released materials in response to Weaver's Cove's FOIA requests, the USCG will prepare an indexed description of the documents withheld by the USCG such that the parties may attempt to reduce the volume of documents at issue before the Court, as set forth in the Section C, *infra*,.  The parties agree that this index does not constitute the *Vaughn* Index, but will identify and describe each document withheld, will state the statutory exemption claimed, and will provide sufficient detail to demonstrate how disclosure would damage the interests protected by the claimed exemption.  If necessary, the USCG will file a *Vaughn* Index with its dispositive motion.  The parties agree that Weaver's Cove will evaluate the nature of the withheld information and that both parties will work together in good faith to resolve any disputes.  To the extent that Weaver's Cove decides to further litigate the USCG's withholdings, it will amend its Complaint no later than May 23, 2008.

3.      The parties agree that the case should not be assigned to a magistrate judge for any purpose, including trial.

4.      The parties agree that there is a reasonable possibility of a complete settlement of this case, once Weaver's Cove is able to evaluate the USCG's index of the withheld records.

5.      The parties agree that, currently, the case will not benefit from the Court's alternative dispute resolution procedures.  The parties may, however, request the Court to invoke those procedures in the future if negotiations warrant such action.

6.      The parties agree that because this case may ultimately be resolved by dispositive motion, the parties shall establish an agreed-upon schedule for their pre-briefing exchanges, as well as their filing of a more formal briefing schedule.  These dates are set forth in Section C, infra.

7.      The parties agree to dispense with any initial disclosures that may be required by Fed. R. Civ. P. 26(a)(1).

8-14.   The parties agree that the remaining matters set forth for discussion by the parties in LCvR 16.3 are not applicable to this FOIA action.

**C.      Proposed Schedule.**

1.      **Parties' Proposed Scheduling Plan**.   The parties propose the following schedule:

| | |
|---|---|
| May 1, 2008 | USCG submits an index of the withheld records to Weaver's Cove. |
| May 15, 2008 | Weaver's Cove submits a response to USCG with regard to its index of the withheld records. |
| May 23, 2008 | If Weaver's Cove continues to contest the USCG's withholding of any records, Weaver's Cove files an Amended Complaint with the Court. |

June 3, 2008          Parties file a formal briefing schedule for their dispositive motions.

2.     **Proposed Order.**   A proposed order reflecting the schedule set forth above is attached.

Filed this 26th day of March, 2008

_____

Jeffrey A. Taylor
DC Bar #498610
United States Attorney


_____

Rudolph Contreras
DC Bar #434122
Assistant United States Attorney


_____/s/_____

Sean R. O'Neill
Attorney-Advisor
Office of Information and Privacy
U.S. Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, D.C. 20530-0001
Tel: (202) 305-2137

Attorneys for Defendant

/s/ Jeffrey M. Bauer
Jeffrey M. Bauer (DC Bar No. 494284)
Bruce F. Kiely (DC Bar No. 223024)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
jeffrey.bauer@bakerbotts.com
Tel: (202) 639-7721
Fax: (202) 585-4076

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVERS COVE ENERGY LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-cv-125(RWR) |
| v. ) | |
| ) | |
| UNITED STATES COAST GUARD, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Meet and Confer Report Pursuant to this Court's Order

for Initial Scheduling Conference  and Local Civil Rule 16.3(d), it is by the Court this ____ day

of _____ 2008,

ORDERED that defendant shall provide plaintiff with an indexed description of the

withheld records responsive to plaintiff's May 16, 2007 and June 26, 2007 requests on or before

May 1, 2008; and it is further

ORDERED that plaintiff shall submit a response to the defendant with regard to the

indexed description of the withheld records on or before May 15, 2008; and it is further

ORDERED that if the plaintiff continues to contest the defendant's withholding of any

records it shall file an Amended Complaint with the Court on or before May 23, 2008; and it is

further

ORDERED that the parties shall file a formal briefing schedule for their dispositive

motions on or before June 3, 2008.

_____
United States District Judge