UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVERS COVE ENERGY LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 08-cv-125(RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF JEFFREY M. BAUER**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jeffrey M. Bauer as counsel in this case for Plaintiff Weaver's Cove Energy, LLC.

Filed this 31st day of March, 2008

/s/ Jeffrey M. Bauer
Jeffrey M. Bauer (Bar No. 494284)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
jeffrey.bauer@bakerbotts.com
Tel: (202) 639-7700
Fax: (202) 639-7890

DC01:496886.1

## CERTIFICATE OF SERVICE

I certify that on March 31, 2008, I caused a true and correct copy of this Notice of Appearance to be served on all parties by the Court's Electronic Case Filing (ECF) system.

March 31, 2008                     /s/ Jeffrey M. Bauer
                                                          Jeffrey M. Bauer