UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COAST GUARD, )<br>)<br>Defendant. )<br>) | No. 08-cv-125(RWR) |

NOTICE OF WITHDRAWAL OF JOSHUA A. KLEIN

To the Clerk of this Court and all parties of record:

Please enter the withdrawal of Joshua A. Klein as counsel in this case for Plaintiff Weaver's Cove Energy LLC. Weaver's Cove will continue to be represented by other attorneys who have entered appearances from the law firm Baker Botts L.L.P.

Filed this 1st day of April, 2008

/s/ Joshua A. Klein
Joshua A. Klein (Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890

CERTIFICATE OF SERVICE

    I certify that on April 1, 2008, I caused a true and correct copy of the foregoing Notice of Withdrawal to be served on counsel for all parties by the Court's Electronic Case Filing (ECF) system.

/s/ Joshua A. Klein
Joshua A. Klein

April 1, 2008