UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COAST GUARD, )<br>)<br>Defendant. )<br>) | No. 08-cv-125(RWR) |

## CONSENT NOTICE OF SCHEDULING CHANGE

Plaintiff, Weaver's Cove Energy, LLC ("Weaver's Cove"), and Defendant, the U.S. Coast Guard ("Coast Guard"), by and through their respective attorneys, hereby notify the Court of an agreed change to the deadlines set forth in the Court's April 2, 2008 Scheduling Order. By consent, the parties hereby agree that Plaintiff's Amended Complaint will be filed no later than June 16, 2008, rather than May 23, 2008 as previously scheduled. The parties also agree that they will file a Joint Proposed Briefing Schedule no later than June 26, 2008, rather than June 3, 2008 as previously scheduled. Pursuant to paragraph 3 of the Court's April 2, 2008 Scheduling Order, the parties understand that the new dates set forth herein are effective upon the filing of this Notice.

Respectfully submitted this May 22, 2008 by:

| | |
|---|---|
| /s/ Sean R. O'Neill | /s/ Jeffrey M. Bauer |
| Sean R. O'Neill | Jeffrey M. Bauer (Bar No. 494684) |
| Attorney-Advisor | BAKER BOTTS L.L.P. |
| U.S. Department of Justice | 1299 Pennsylvania Ave., N.W. |
| Office of Information and Privacy | Washington, D.C. 20004-2400 |
| 1425 New York Ave., NW , Suite 11050 | Tel: (202) 639-7700 |
| Washington, DC 20530-0001 | Fax: (202) 639-7890 |
| Tel: (202) 305-2137 | |
| | Attorney for Plaintiff, Weaver's Cove Energy, |
| Attorney for Defendant, the U.S. Coast Guard | LLC |

CERTIFICATE OF SERVICE

      I certify that on May 22, 2008, I caused a true and correct copy of the foregoing to be served on counsel for all parties by the Court's Electronic Case Filing (ECF) system.

    <u>/s/ Jeffrey M. Bauer</u>
    Jeffrey M. Bauer

May 22, 2008