UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES COAST GUARD, )<br>)<br>Defendant. )<br>) | No. 08-cv-125(RWR) |

## CONSENT NOTICE OF SCHEDULING CHANGE

Plaintiff, Weaver's Cove Energy, LLC ("Weaver's Cove"), and Defendant, the U.S. Coast Guard ("Coast Guard"), by and through their respective attorneys, hereby notify the Court of an agreed change to the deadlines set forth in the Court's April 2, 2008 Scheduling Order, as previously amended. Both parties agree that the change is in the interest of justice and will promote judicial economy by further narrowing the issues before the Court. By consent, the parties hereby agree that Plaintiff's Amended Complaint will be filed no later than June 30, 2008, rather than June 16, 2008 as currently scheduled. The parties also agree that they will file a Joint Proposed Briefing Schedule no later than July 8, 2008, rather than June 26, 2008 as currently scheduled. Pursuant to paragraph 3 of the Court's April 2, 2008 Scheduling Order, the parties understand that the new dates set forth herein are effective upon the filing of this Notice.

Respectfully submitted this June 16, 2008 by:

/s/ Sean R. O'Neill
Sean R. O'Neill
Attorney-Advisor
U.S. Department of Justice
Office of Information and Privacy
1425 New York Ave., NW , Suite 11050
Washington, DC 20530-0001
Tel: (202) 305-2137

Attorney for Defendant, the U.S. Coast Guard

/s/ Jeffrey M. Bauer
Jeffrey M. Bauer (Bar No. 494684)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890

Attorney for Plaintiff, Weaver's Cove Energy, LLC

CERTIFICATE OF SERVICE

      I certify that on June 16, 2008, I caused a true and correct copy of the foregoing to be served on counsel for all parties by the Court's Electronic Case Filing (ECF) system.

<u>/s/ Jeffrey M. Bauer</u>
Jeffrey M. Bauer

June 16, 2008