UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08-cv-125(RWR) |
| UNITED STATES COAST GUARD, | ) ) ) | |
| Defendant. | ) ) ) | |

### STIPULATION OF DISMISSAL

It is **HEREBY AGREED,** by and between the undersigned counsel for Plaintiff Weaver's Cove Energy, LLC, and counsel for Defendants The United States Coast Guard, that in light of the resolution of the issues currently before the Court, both parties **HEREBY STIPULATE AND AGREE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the complaint, cross-claims, counterclaims and any third party claims asserted herein be and the same are hereby dismissed without prejudice and without costs against any party.

Respectfully submitted:

| | |
|---|---|
| By:  /s/ Jeffrey M. Bauer<br>Jeffrey M. Bauer (VSB No. 66521)<br>Baker Botts L.L.P.<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 639-7721<br>Facsimile:   (202) 585-4076<br>jeffrey.bauer@bakerbotts.com<br><br>Attorney for Plaintiff, Weaver's Cove Energy, LLC | /s/ Sean R. O'Neill<br>Sean R. O'Neill<br>Attorney-Advisor<br>U.S. Department of Justice<br>Office of Information and Privacy<br>1425 New York Ave., NW , Suite 11050<br>Washington, DC 20530-0001<br>Tel: (202) 305-2137<br><br>Attorney for Defendant, the U.S. Coast Guard |

## CERTIFICATE OF SERVICE

      I certify that on July 14, 2008, I caused a true and correct copy of the foregoing to be served on all parties by the Court's Electronic Case Filing (ECF) system.

July 14, 2008                                                              /s/ Jeffrey M. Bauer
                                                                                 Jeffrey M. Bauer